AO 91 (Rev. 11/82)  **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br>CHARLES GOSWITZ | DOCKET NO.<br>**15-0623M** |
|---|---|
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18, United States Code, Sections 1591(d) and 1001(a)(2)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE VICTOR B. KENTON | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>April 10, 2013 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN)<br>17302 Yukon Avenue, Apartment 43, Torrance, California 90504 |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

<u>COUNT ONE</u>                    18 U.S.C. § 1591(d)

On or about April 10, 2013, in Los Angeles County, defendant CHARLES GOSWITZ knowingly obstructed, attempted to obstruct, and interfered with the enforcement of Title 18, United States Code, Section 1591 (Sex Trafficking of children or by force, fraud, or coercion). That is, defendant told investigating agents that he had never met B.T. and had obtained her photographs online, when in truth and fact, as defendant well knew, defendant had met with B.T. for sex.

<u>COUNT TWO</u>                    18 U.S.C. § 1001(A)(2)

On or about April 10, 2013, in Los Angeles County, defendant CHARLES GOSWITZ knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the United States Department of Homeland Security, Homeland Security Investigations. Specifically, defendant told Homeland Security Investigations Special Agents that he had never met B.T. and had obtained her photographs online, when in truth and fact, as defendant well knew, defendant had met with B.T. for sex.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>NICOLE JOHNSON |
|---|---|
| | OFFICIAL TITLE<br>Special Agent – DHS/HSI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>VICTOR B. KENTON | DATE<br>April 7, 2015 |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA L. Middleton: GM x 5010 REC: $25,000 (secured)

FILED
CLERK, U.S. DISTRICT COURT
APR -7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

## AFFIDAVIT

I, Nicole Johnson, being duly sworn, hereby depose and say:

### I

### INTRODUCTION

1.    I am a Special Agent ("SA"), with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since November 2008. Through my employment, I have received formal training in the investigation and prosecution of cases involving violations of both federal customs and immigration laws.  I am currently assigned to the Gang Unit - Long Beach, but until February 23, 2015, was assigned to the Human Smuggling and Trafficking Unit-Long Beach in Long Beach, California.  The Human Trafficking unit conducts investigations relating to the alleged illegal entry and/or smuggling of undocumented/illegal aliens into and throughout the United States.  It also conducts investigations into the trafficking of persons for the purpose of slavery, forced labor, involuntary servitude and sexual exploitation.

2.    During my career in law enforcement, I have participated in many criminal investigations as a case agent or in a subsidiary role.  I have debriefed numerous defendants, informants, witnesses and victims who had personal knowledge regarding criminal organizations.  I have also participated in many aspects of criminal investigations including undercover

operations, surveillance, search warrants, pen registers, and wiretaps. I am also a certified Victim Assistance Coordinator trained to interview victims and to aid victims with necessary services.  I am also familiar with the methods employed by alien smugglers and traffickers, including the recruitment, distribution, housing and transportation of aliens and victims, and the collection and concealment of proceeds of alien smuggling and trafficking.  I have conducted investigations involving the bringing in and harboring of aliens, forced labor, and sexual exploitation of victims and other federal crimes where the motivation to commit the crime has been financial profit.

3.    I have completed the HSI Advanced Human Smuggling and Human Trafficking Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia.  This two week course detailed federal criminal law, victim services and case studies that involved the human trafficking of adults and minors for the purpose of labor, juvenile prostitution, and the sex trafficking of children.  I have investigated and have assisted other agents in investigations, and have received training involving child pornography, child exploitation, and child prostitution offenses.  In the course of my work, I have reviewed numerous examples of child pornography in many forms of media, including computer and cell phone storage media.

4.    Through my training and experience, I have become familiar with the methods of operation and techniques employed by individuals involved in the human trafficking of minors.  An individual involved in the human trafficking of minors will use several methods to persuade the minor to become a prostitute which include but are not limited to: initiating a romantic relationship, charismatic persuasion, or violent force.  The individual will continue to perpetuate his/her control over the minor using coercion, deceit, fraud, force, violence and/or threats to maintain control over and restrict the liberty of the minor.  I am also familiar with how cellular telephones, computers, and the Internet are used by different parties involved in conducting the illicit activities of sex trafficking.

5.    Through my training and experience, I have become familiar with the methods of operation employed by people involved in child prostitution and child pornography.  This includes the ways people who are involved with child prostitution frequently possess, produce, distribute, and view child pornography.  Usually, the victim is either photographed or videotaped having sex with the "pimp" or engaged in other types of sexual activity.  I have attended training classes and seminars concerning computer crimes and the sexual exploitation

of children on the Internet.  I have consulted with my colleagues who have many years of experience investigating child prostitution, child pornography, and child exploitation cases. I have also participated in the execution of multiple search warrants, many of which involved child exploitation, child pornography, and/or child prostitution offenses.

## II

## PURPOSE OF THE AFFIDAVIT

7.    I make this affidavit in support of a criminal complaint that seeks an arrest warrant for CHARLES GOSWITZ ("GOSWITZ") for obstructing a human trafficking of a minor investigation and making false statements to federal law enforcement officers in violations of Title 18, United States Code, Sections 1591(d) and 1001(a)(2).[1]  The arrest warrant is requested because I have probable cause to believe that multiple federal offenses have been committed by GOSWITZ, who between April 10, 2013 and June 20, 2013, made false statements to federal law enforcement officers in order to obstruct a human trafficking investigation.  These offenses took place within the

---

[1] Title 18, United States Code, Section 1591 prohibits sex trafficking of children by force, fraud, or coercion.  Section 1591(d) provides that "[w]hoever obstructs, attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be fined under this title, imprisoned for a term not to exceed 20 years, or both.

Central District of California as described in greater detail below.

8.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III

## BACKGROUND OF HUMAN TRAFFICKING OF MINORS AND DEFINITIONS

8.   I know from training and experience in human trafficking and prostitution crimes that those individuals who, through coercion, enticement, intimidation, or force, enlist other individuals to become prostitutes, and who profit from the prostitution of others, are called "pimps."  Pimps are sometimes euphemistically referred to as "management."  Most juveniles involved in prostitution have pimps who are able to engage in certain activities, such as booking hotel rooms, that a minor may not be able to do on his or her own.  The commercial sexual exploitation of an individual in the sex industry is commonly **referred** to as "The Life" or "The Game."

5

9.   The term "daddy" is commonly used by prostitutes when referring to their pimp.  The pimp's cellular telephone number is often programmed as "daddy" in the prostitute's cellular telephone.  The term "folks/family" also refers to your pimp or for whom you work.  The term "date" is street vernacular for a prostitute engaging in sexual activity with a paying customer, also known as a "trick" or "john."  The term "track" or "stroll" commonly refers to a street location for the solicitation of commercial sex.

10.  Pimps may attempt to avoid the attention of law enforcement through the perceived anonymity provided by the Internet.  Pimps at times use physical force and/or fear to control the prostitutes, a term referred to as "pimp control." Pimps control their prostitutes' actions and usually will attempt to collect from the prostitute all monies earned through acts of prostitution.  Pimps frequently refer to prostitutes as "bitches" and/or "hoes."  The use of cellular telephones and the Internet facilitates pimp control by allowing pimps to easily maintain contact with their prostitutes.

11.  Pimps facilitate prostitution by transporting their prostitutes to locations where the acts of prostitution occur, such as motels/hotels.  The pimps, at times, transport prostitutes across state lines for the purpose of prostitution. Prostitutes and/or pimps often stay in motels/hotels for the

purposes of conducting pimping, pandering, and/or prostitution activities when they travel or when they conduct prostitution locally.  The pimps utilize the monies earned during acts of prostitution to purchase food, lodging, clothing, and other items.  Pimps sometimes maintain ledgers indicating monies earned from pimping, pandering, or prostitution.  Many pimps work with co-conspirators, who are referred to colloquially as "pimp partners," and these co-conspirators may share the illicit proceeds gained from acts of prostitution.

12.  Pimps, as well as prostitutes who are not "managed," also known as "renegades," have embraced the Internet as a means of advertising commercial sex services and communicating with customers.  Because some cellular telephones, known as "smart phones," provide high-speed access to the Internet as well as photograph/video capabilities, pimps utilize their cellular telephones for many of the same purposes for which they utilize a computer, such as recruiting prostitutes on social networking web sites, such as Facebook.com, Myspace.com, Twitter.com, or Instagram.com; taking photographs of their prostitute(s) for online prostitution advertisements; uploading/posting prostitution advertisements on the Internet; and taking photographs or videos to memorialize sexual activity with their prostitute(s), among other purposes.

13.   Certain web sites have been created to facilitate communication between prostitutes and their clients.  A few of the more notable web sites relevant to prostitution include Backpage.com, Craigslist.com, Myredbook.com, and Humaniplex.com. These web sites allow pictures to be posted as part of advertisements.  I have viewed prostitution advertisements on the aforementioned websites.  Subjects who utilize the Internet to post prostitution-related advertisements on web sites such as Backpage.com, Humaniplex.com, Craigslist.com, and Myredbook.com often use photographs in the advertisements that show a nude or semi-nude prostitute.  These prostitutes are, at times, under the age of 18 years old.  Online advertisements for prostitution often contain codes for the services provided.  For example, the term "w4m" means "women for men," the term "in-calls only" means the prostitute will be providing the location for the sexual transaction, and the term "donation" is often used to mean the cost for the sexual transaction.

14.   Computers and Child Pornography.  Based on my training and experience, and the experience of other law enforcement officers with whom I have communicated, I know that computers and computer technology have revolutionized the way in which individuals interested in child pornography interact with each other.

15.  Child pornographers can transfer photographs from a camera onto a computer-readable format with a device known as a scanner.  With the advent of digital cameras, the images can now be transferred directly onto a computer.  A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection.  Electronic contact can be made to literally millions of computers around the world.

14.  The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography.  The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years.  These drives can store hundreds of thousands of images at very high resolution.

15.  <u>Internet Service Providers</u>.  Individuals and businesses obtain access to the Internet through businesses known as Internet Service Providers ("ISPs").  ISPs:

    a.   Provide their customers with access to the Internet using telephone or other telecommunications lines;

    b.   Provide Internet e-mail accounts that allow users to communicate with other Internet users by sending and receiving electronic messages through the ISPs' servers;

    c.   Remotely store electronic files on their customers' behalf; and

d.   May provide other services unique to each particular ISP.

16.  ISPs maintain records pertaining to the individuals or businesses that have subscriber accounts with them.  Those records often include identifying and billing information, account access information in the form of log files, e-mail transaction information, posting information, account application information, and other information both in computer data and written record format.

17.  IP Addresses.  An Internet Protocol address ("IP address") is a unique numeric address used by each computer on the Internet.  An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be properly directed from its source to its destination.  Most ISPs control a range of IP addresses.

18.  When a customer logs onto the Internet using the service of an ISP, the computer used by the customer is assigned an IP address by the ISP.  The customer's computer retains that IP address for the duration of that session (i.e., until the user disconnects), and the IP address cannot be assigned to another user during that period.

IV

STATEMENT OF PROBABLE CAUSE

A.   Summary of Probable Cause

19.  HSI is currently investigating the human trafficking of minor victim, "B.T." As part of that investigation, HSI has searched, pursuant to a federal search warrant, the contents of B.T.'s email account. This email account contains, inter alia, correspondence between B.T. and the accounts belonging to GOSWITZ. I have reviewed this correspondence and learned that, in the correspondence, GOSWITZ referred to meeting with the victim and also sent the victim photographs depicting an adult male and the minor victim engaged in sexually explicit conduct. This correspondence occurred while the victim, B.T., was a minor, specifically, while B.T. was 16 years old.

20.  On April 10, 2013, SA Gabriel Nunez and I interviewed GOSWITZ at his residence about an advertisement he posted on Backpage.com with photographs of B.T. SA Nunez informed GOSWITZ that B.T. was a missing minor and a potential human trafficking victim and that SAs were looking into her whereabouts. Knowing this information, GOSWITZ then stated that he had never met B.T. and was not aware of her whereabouts. GOSWITZ stated that he obtained photographs of B.T. on Humaniplex.com and posts advertisements online in an attempt to meet women but had never met B.T.

## B.  Background on the Human Trafficking Investigation

21.  On February 27, 2013, SA Nunez and I met with Long
Beach Police Department ("LBPD") Detective Satwan Johnson.  Det.
Johnson provided us with a copy of LBPD report number 12-16705.
The police report documented the following:  On March 12, 2012,
at approximately 7:10 p.m., "M.T." reported his daughter B.T.
was missing.  B.T. was born in June 1996, and was, therefore,
fifteen-years old at the time her father M.T. reported her
missing.  Although B.T. ran away before, this was the first time
M.T. had reported his daughter as missing.  M.T. reported that
in February 2012, his daughter had run away to Buena Park,
California, to prostitute herself.  When his daughter returned
to his home, M.T. reviewed her phone (the "B.T. cellular
telephone") to gather information on her whereabouts and who she
was associating with.  On the evening of March 12, 2012, based
upon information stored on the B.T. cellular telephone, M.T.
found images of his daughter on a website
("http://www.myredbook.com") under the ad number 331240 in the
Los Angeles section of the website.  The website advertises
escort services and is a cover for prostitution.  The ad showed
photographs of fifteen-year old B.T. from various angles and
with no clothes on.  B.T. went to school the following morning
and did not return to M.T.'s home.

22.   LBPD Det. Johnson further advised that on March 17, 2012, at approximately 9:45 a.m., M.T. provided LBPD with the B.T. cellular telephone, which was later entered into property as evidence.   Det. Johnson stated that on or about March 13, 2012, he and his police partner, LBPD Detective Kenneth Turner, accessed B.T.'s ad at the following website address: http://classifieds.myredbook.com/classified.php?adid=331240. Det. Johnson stated he printed three (3) photographs of B.T. from the ad.   Det. Johnson provided SA Nunez a copy of the three (3) photographs.   I observed the first photograph to contain a picture of B.T. from the middle of her chest and up; the photograph appears to have been taken by B.T. who is wearing a black tank top in this photograph.   I observed the second photograph to contain a picture revealing B.T. from the mid-part of her legs and up. In the second photograph B.T. is taking a picture of herself wearing a pink lingerie bottom and no top. She is utilizing her forearms to only cover her nipples while exposing the side portion of her breasts.   I observed the third photograph to contain a picture of B.T. utilizing the B.T. cellular telephone to take a picture of herself.   The third photograph shows the side of B.T. sitting on a bathroom counter while wearing a black lingerie bottom and completely exposing one of her breasts.

23.   Det. Johnson provided SA Nunez with a copy of LBPD supplemental report number 12-16705-0001.  The report documented the following: On August 4, 2012, at approximately 10:00 a.m., LBPD received a teletype message ("administrative message") from the Las Vegas Metro Police Department ("LVMPD") in Las Vegas, Nevada.  The message indicated B.T. had been arrested and was documented on LVMPD event number 120804-0267.  Det. Johnson stated B.T. was subsequently extradited to the Los Angeles County Juvenile Court.

24.   On February 27, 2013, at approximately 4:28 p.m., SA Nunez accessed the website ad located in the classified section of the myredbook.com website.  He observed the ad to contain the following: NEAR JWA! UPSCALE Carmel bunny, cum say hello; views: 63414; by BeautifulAshlyn on Feb. 22 2013, 10:47 p.m.; City: Upscale Irvine; Availability: Available Now!; Name: BeautifulAshlyn; Phone: 323-521-4781; RB inbox: BeautifulAshlyn; email: BookAshlynk@gmail.com; Ethnicity: Mixed; Age: 18-20; Incall: Orange County; Rate $/hr: 260; Text:  SAFTEY GIRL TXT ONLY TXT ONLY TXT ONLY~ PLS PLS PLS. DO NOT ASK!:* ~*Mention you saw my AD on RB or no reply*~ YOU WILL BE SCREENED SO PREPARE TO MORE INFORMATION YOU PROVIDE ME THE FASTER YOU WILL SEE ME! AND MORE COMFORTABLE AND AMAZING OUR EXPERIENCE WILL BE.  I only cater to respectful gentlemen with discerning taste for intelligence, beauty, class, and ONLY the best in quality

companionship.  SA Nunez further observed the ad to contain six

(6) photographs of B.T. at various angles.

25.  On March 5, 2013 at approximately 1:35 p.m., SA Nunez

accessed the classified section of the myredbook.com website.

He observed the website contained the following ad: LAX REAL

UPSCALE! Hi regs! (regular clients); views: 63414; by

BeautifulAshlyn on Mar. 3 2013, 10:18 p.m.; City: Upscale Lax;

Availability: Available Now!; Name: BeautifulAshlyn; Phone:

323-521-4781; RB inbox: BeautifulAshlyn; email:

BookAshlynk@gmail.com; Ethnicity: Mixed; Age: 18-20; Incall: Los

Angeles; Rate $/hr: 260; Text:  SAFTEY GIRL TXT ONLY TXT ONLY

TXT ONLY~ PLS PLS PLS. DO NOT ASK!:* ~*Mention you saw my AD on

RB or no reply*~ YOU WILL BE SCREENED; I only cater to

respectful gentlemen with discerning taste for intelligence,

beauty, class, and ONLY the best in quality companionship.

26.  SA Nunez observed that the above-described ad

contained four (4) photographs of B.T.  All of the photographs

were taken by B.T.  In the fourth photograph, B.T. is lying on a

bed completely nude.  B.T. is exposing her breasts, areolas, and

the upper portion of her vagina.  The word "BEAUTIFULASHLYN" is

typed diagonally across the photograph.  On March 14, 2013, SA

Nunez received subscriber information and IP address information

from Google in reference to telephone number 323-521-4781 and

e-mail address "bookashlynk@gmail.com."  The information

contained the following: Main Account; Name: Ashlyn King; e-mail: bookashlynk@gmail.com; Status: Enabled; Services: Android, Doritos, Gmail, Google Calendar, Google Talk, Google Voice, Google+, Has Google Profile, Has Plusone, Lso Provider, Picasa Web Albums, Web History, YouTube; Secondary e-mail: Briannataylor16@gmail.com; Created on: 2012/03/24-05:17:-UTC; IP: 66.80.206.74; SMS: (562) 230-4327; Login range from 2013/02/03-20:28:49-UTC to 2012/02/28-19:29:24-UTC. Additionally, a secondary account is linked to the main account. The secondary account information is as follows: Secondary Account; Name: Ashlyn King; e-mail: ashlynk777@gmail.com; secondary e-mail: bookashlynk@gmail.com; Created on: 2012/07/21-24:23:19-UTC; IP: 64.134.228.193.

27.   A preliminary law enforcement computer indices check revealed the telephone number (562) 230-4327 belongs to JOSHUA DAVIS, an individual who, as described below, has been identified by B.T. as her pimp.

28.   On March 18, 2013, SA Nunez received a copy of the Las Vegas case notes in reference to LVMPD event number 120804-1001. LVMPD was conducting a follow-up investigation in reference to a Child Pandering investigation in violation of Nevada Revised Statute 201.300.   The case notes listed JOSHUA DAVIS as a suspect and B.T. as a victim.   The case notes contained the following:

29.  On August 4, 2012, LVMPD Vice Enforcement arrested the victim for Engaging in Prostitution, False Information to a Police Officer, and Minor in a Casino.  The arrest took place at the Cosmopolitan Casino located at 3708 S. Las Vegas Blvd., Las Vegas, NV 89109.  The victim was transported to the Clark County Juvenile Hall (CCJH) and booked accordingly.

30.  On August 6, 2012, LVMPD Det. Van Cleef contacted the victim B.T. at CCJH.  B.T. admitted she was a prostitute and stated her pimp goes by the name of "JD," but did not provide many additional details about her knowledge of or involvement in prostitution activity.

31.  On August 7, 2012, LVMPD Det. Van Cleef contacted B.T. at CCJH for further information.  B.T. provided additional details regarding her working as a prostitute and stated that her pimp goes by "JD" and his name is JOSHUA DAVIS.

32.  On March 21, 2013, SA Nunez spoke with B.T.'s father, M.T., who stated the following regarding his discovery of his daughter's prostitution activities, which had led him to contact the LBPD: He went to B.T.'s room and acquired the B.T. cellular telephone.  He looked through the B.T. cellular telephone and found several conversations of text messages between B.T. and various individuals.  While looking through certain text message conversations, M.T. noticed that individuals were calling B.T. by the name "ASHLYN."  He conducted a search on the internet

utilizing Google and inputted the word "ASHLYN" and the phone number of what he suspected was the telephone number of the B.T. cellular telephone (at this time M.T. could not remember the telephone number). The internet search revealed B.T. on an internet ad posted at the website http://www.myredbook.com that provided advertisements for escort services. M.T. stated that while he reviewed text message conversations on the phone, he noticed a picture of a guy standing in front of a house, which was associated with the contact person who had engaged in text message conversations with B.T. M.T. recalled that in the text message conservations B.T. had referred to the guy as "daddy." M.T. explained that the text message conversations read as if the guy was attempting to teach and mold B.T. how to communicate over the internet, post ads, and to renew ads. For example, during a conversation, the guy instructed B.T. to stay at a hotel after B.T. complained that she was bored. M.T. recalled that the male's response to B.T. was that "you know what makes me happy . . . that money."

33. I learned the previous stated details of the human trafficking investigation through assisting SA Nunez and participation in his investigation, reports of investigation provided by SA Nunez, and by other means of information provided by SA Nunez as to the details of his investigation.

C. **GOSWITZ and his Association with B.T.**

34.   On or about April 1, 2013, SA Nunez conducted an internet search of B.T.'s aliases to find additional online advertisements for prostitution.   The search revealed an ad on Backpage.com with the Post ID#: 22055373.   SA Nunez observed the ad to contain several pictures of B.T. holding onto a pickle. The ad contained the following: Lessons - 42; Posted: Friday, February 15, 2013 10:47 AM; I will teach you the skills so you can satisfy your partner, your boyfriend, your husband.; I can explain to you the proper technique that all men love!!; These lessons are free & you can take as many was you want.; I am just here to help. I am a white gentleman; Poster's age: 42.

35.   On April 3, 2013, SA Nunez identified GOSWITZ as an individual associated with and online ad on Backpage.com which contained photographs of minor B.T. SA Nunez received customer's information for the advertisement from Backpage.com.   The information revealed the customer was GOSWITZ and listed an email account associated with GOSWITZ as the recorded e-mail address.   Additionally, the information received listed an address of 17252 Hawthorne Blvd., Torrance, CA 90504 and IP address of 173.227.19.71.   A system indices check of that name and address revealed that GOSWITZ's most recent address was at 17302 Yukon Avenue, Torrance, California.

36.   On or about April 10, 2013, SA Nunez, SA Johnson, and SA My Bach made contact with GOSWITZ at his residence at the

above location apartment number 43.  GOSWITZ provided consent to allow the HSI agents to enter his apartment and speak with him. SA Nunez confronted GOSWITZ regarding the Backpage.com ad that contained photographs of B.T.  GOSWITZ admitted to posting the Backpage.com ad with B.T.'s photographs.  SA Nunez informed GOSWITZ that HSI was currently conducting a human trafficking investigation.  SA Nunez also informed GOSWTIZ that B.T. was a minor and was currently missing.  Additionally, SA Nunez informed GOSWTIZ that B.T. was suspected to be a victim of human trafficking.  GOSWITZ provided the following statement:

a.   He often posts ads soliciting for sexual services because "he is weird like that."  He explained the goal is to meet a girl from the ads posted.  He attempts to solicit girls to meet at a motel or at their place. He usually pulls pictures from Humaniplex.com and Myredbook.com to post the ads.

b.   He admitted to meeting a girl a couple years ago but had not met anyone recently.

c.   He stated his brother, Joseph Goswitz, does not get on the computer in the apartment.

d.   He explained he did not know B.T. was a minor or was currently missing.

e.   SA Nunez asked GOSWITZ if he ever met B.T. or knew of B.T.'s whereabouts.  GOSWITZ stated he never met B.T. and did not know of B.T.'s whereabouts.

37.   Additionally, GOSWITZ signed a "Consent to Search" form and said that HSI agents could look on his home computer for any additional photographs of minor victim B.T.  SA Bach began a search of the computer and attempted to image selected files containing pornographic material for later review. However, there was such a large amount of pornographic material that imaging the hard drive or reviewing all the material thoroughly could not be done in a short amount of time. After several hours had passed, HSI agents left the premises after only imaging the internet browser history cache.  SAs noticed other women in the collection of images wearing shirts that said, "I 'love' (inserted heart symbol) Baldy Cruiser."  This was the same or similar type of shirt that B.T. was wearing in the photographs that were sent from one of GOSWITZ email accounts to minor B.T's. email account.

38.   On April 15, 2013, Yahoo!, Inc. ("PROVIDER") provided account information for bobbonmyjohnson@yahoo.com ("EMAIL ACCOUNT 1"), baldycruiser@ymail.com ("EMAIL ACCOUNT 2"), and baldycruiser@yahoo.com ("EMAIL ACCOUNT 3") that indicated GOSWITZ was linked to each of the accounts.

39.   On May 8, 2013, Humaniplex provided HSI with information regarding markkeymarkk@yahoo.com ("EMAIL ACCOUNT 4") that was used to open the Humaniplex account that had been communicating with minor victim B.T.'s Humaniplex account.

a.   EMAIL ACCOUNT 1: On March 6, 2013, the day that EMAIL ACCOUNT 1 was utilized, the PROVIDER identified the account as belonging to a Mr. Robert Johnson, created on February 14, 2007. The PROVIDER also provided a detailed list of IP address information that had been utilized by the account to login.  Additionally, the alternate communications channel listed was (310) 218-3282. This number is the same number listed as the alternate communication channel for EMAIL ACCOUNT 2 and EMAIL ACCOUNT 4. The IP address utilized by this account on the dates of the stated email transmission belongs to Time Warner Cable.  Time Warner Cable identified GOSWITZ as the subscriber to the utilized IP address.

b.   EMAIL ACCOUNT 2: On March 6, 2013, the day that the emails containing the above stated photographs were sent, EMAIL ACCOUNT 2 was utilized to send an email providing the minor victim with a copy of an online review provided by "BALDY CRUSIER" to an online forum describing his sexual encounter with minor victim B.T.  The PROVIDER identified the subscriber of EMAIL ACCOUNT 2 as a Mr. Baldy Cruiser, with the account created on June 21, 2008.  The alternate communications channel listed was (310) 218-3282.  This number is the same number listed as the alternate communication channel for EMAIL ACCOUNT 1 and EMAIL ACCOUNT 4.

c. EMAIL ACCOUNT 3: On June 3, 2013, I spoke with a representative of the PROVIDER to confirm that EMAIL ACCOUNT 2 and EMAIL ACCOUNT 3 were connected. It was explained to me that both accounts are exact in name except the domains. "@ymail.com" and "@yahoo.com." Both belong to Yahoo! but are searched as separate email accounts. The PROVIDER identified EMAIL ACCOUNT 3 as belonging to Mr. Jack MCKINLEY and indicated it was created on April 30, 2005, with a login name of "baldycruiser." The alternate communication channel listed was phone number (310) 218-3282, the same alternate communication channel phone number listed for EMAIL ACCOUNT 1 and EMAIL ACCOUNT 2.

d. EMAIL ACCOUNT 4: On April 3, 2013, SA Nunez linked EMAIL ACCOUNT 4 to GOSWITZ through an online advertisement on backpage.com that contained photographs of minor victim B.T. Additionally, on May 8, 2013, Humaniplex.com provided HSI with client information for EMAIL ACCOUNT 4, including the email address used for the Humaniplex account that contacted minor B.T. on, or around the time of the said sexual encounter. The Humaniplex account was activated on February 26, 2013 at approximately 4:22pm and the customer information is listed as: Joseph GOSWITZ 17302 Yukon Avenue, Torrance, California 90501.

40. On May 21, 2013 Time Warner Cable provided me with the IP address information which linked the IP addresses identified

23

by Yahoo! as being utilized by EMAIL ACCOUNT 1 to email the above said emails.   Time Warner Cable provided the subscriber name Charles GOSWITZ at 17302 Yukon Avenue, Apartment 43, Torrance, California 90504 with an activation date of June 2, 2012.

D.   **Review of E-mail Correspondence between B.T. and EMAIL ACCOUNT 1 and EMAIL ACCOUNT 2**

41.   On April 29, 2013, I reviewed the results of the search warrant executed by SA Nunez on minor victim B.T.'s email, "bookashlynk@gmail.com."   The following information is what I observed: [2]

42.   On March 6, 2013, at approximately 11:04 am, EMAIL ACCOUNT 1 sent an email to minor victim B.T. at bookashlynk@gmail.com with a subject line reading, "Hello Sweetheart."   The content of this message reads, "Here are your pics… (Inserted smiley face blowing kiss), Baldy (inserted smiley face).   Included in this email are approximately fifteen digital photographs.   These photographs consist of semi-nude and nude photographs of minor victim B.T. in various positions.

43.   On March 6, 2013, at approximately 11:15 am, EMAIL ACCOUNT 1 sent an email to minor victim B.T. at

---

[2] On March 27, 2013, the Honorable Andrew Wistrich, U.S. Magistrate Judge, Central District of California, signed a federal search warrant on minor victim B.T.'s email account in case numbers 13-0936M, 13-0938M, and 13-0939M.

bookashlynk@gmail.com with a subject line reading, "more pics 2." The content of this message reads, "Here u go babe.....(inserted smiley face blowing kiss)." Included in this email are approximately nine digital photographs. These photographs consist of nude photographs of minor victim B.T. in various positions.

44. On March 6, 2013, at approximately 2:48 pm, EMAIL ACCOUNT 2 emailed minor victim B.T. at bookashlynk@gmail.com with a subject line of "Beautiful Ashlynn." The contents of this email began by saying, "Here is the review I left….." Following this line is an extensive paragraph detailing "BALDY CRUISER's" description of his date with minor human trafficking victim B.T. after utilizing her ad online for commercial sex. BALDY CRUISER details his experience with her, including detailed descriptions of her physical features, the hotel where the "date" took place, her personality, alcohol consumption of both him and victim B.T., her performing oral sex on BALDY CRUISER, BALDY CRUISER performing oral sex on victim B.T., details of vaginal sex, details of BALDY CRUISER taking photographs of her wearing his shirt, and other comments about his experience with her. In this review, BALDY CRUISER identified himself as "BALDY" and told his readers to tell B.T. the BALDY had sent them. This is the same moniker used in the other email account belonging to

GOSWITZ that was used to email the nude photographs of minor victim B.T. to her email account.

45. On March 6, 2013, at approximately 9:21 pm EMAIL ACCOUNT 1 sent an email to minor victim B.T. at bookashlynk@gmail.com with a subject line reading, "more pics 3." The content of the message reads, "Here u go baby doll. Luv ya, BALDY (inserted smiley face winking)."  Included in this email are approximately 25 digital photographs.  These photographs consist of nude photographs of minor victim B.T. in various positions.  Additionally, several photographs contain the minor victim engaging in sexually explicit conduct such as performing oral copulation on a male partner, engaging in vaginal sex with a male partner, and close up views of the male genitalia penetrating the minor victim B.T. from behind. Approximately ten of the embedded photographs include B.T. wearing a shirt that reads, "I love (inserted heart symbol) Baldy Cruiser." The photographs were taken from various angles while B.T. was nude from the waist down.  I have viewed these photographs and believe the girl in the photographs to be B.T. based on my own, in person, identification of B.T.  The photographs of the male only show him from the waist and below. The photographs include, for example:

    a.  On page "9 of 35," the embedded photograph depicts minor victim B.T. performing oral copulation on male

genitalia.  In this photograph, it appears that minor victim B.T. is laying on her stomach, fully nude, near the edge of a bed.  On the left vertical edge of the photograph, a penis is situated mid-photograph and is in B.T's. mouth, implying that the male partner is standing up next to the bed.  B.T. is holding an unused condom in her right hand.  The photograph is taken from a side angle vantage point from, what appears to be, the male recipient.

    b.    On page "10 of 35," the embedded photograph depicts minor victim B.T. lying fully nude on her back, on what appears to be a bed.  Her legs are up and perpendicular to her body, exposing her genital area.  There is a penis with a condom inserted into her vaginal opening. B.T. has her hands on her thighs and is looking up towards the male participating in the sexual conduct.  The photograph is taken from the vantage point of the male participant.

    c.    On page "12 of 35," the embedded photograph depicts minor victim B.T's. buttocks, from close range, hunched over her knees.  To the left of her, is an erect penis wearing a condom that is outside B.T's. anal opening.  The photograph is taken from a close range and depicts a slight exposure of the male participant's thighs and full penis.  The photograph is taken from the vantage point of the male engaging in the sexual conduct.

d.   On page "13 of 35," the embedded photograph depicts minor victim B.T's. buttocks, from close range, hunched over her knees.   To the left of her, a penis wearing a condom is being inserted into, what appears to be, her anal opening.   The photograph is taken from a close range and depicts a slight exposure of the male participant's thighs and full penis.   The photograph is taken from the vantage point of the male engaging in the sexual conduct.

46.   On April 20, 2013, SA Nunez and I met with B.T. and asked her about a client of commercial sex named "Baldy Cruiser."   B.T. made the following statements:

a.   B.T. stated she met "Baldy Cruiser" off of Humaniplex.com. "Baldy Cruiser" had the user name of "RomeoBigCock1" on Humaniplex.com.

b.   B.T. described "Baldy Cruiser" as a white male with light brown hair, approximately 5'6", stubby build, and approximately 48 years old.

c.   B.T. stated that "Baldy Cruiser" had never asked her how old she was but knew she was under 21 years because she told him that she could not drink.

47.   On May 1, 2013, I compared the birthday of the minor victim B.T. (June XX, 1996) with the date of the email transmissions from GOSWITZ, and determined that B.T. was

approximately 16 years old at the time of the receipt of the email.

48.  On June 12, 2013, the Honorable Charles F. Eick, U.S. Magistrate Judge, Central District of California, signed a federal search warrant for Charles GOSWITZ's email accounts in case numbers 13-MJ01627, 13-MJ01628, 13-MJ01629, and 13-MJ01630 and for GOSWITZ's residence at 17302 Yukon Avenue, Apartment 43, Torrance, CA in case number 13-MJ01631.

49.  On June 20, 2013, HSI Special Agents executed a search warrant (case number 13-MJ01631) at GOSWITZ's residence located at 17302 Yukon Avenue, Apartment 43, Torrance, CA.  GOSWITZ and his brother, Joseph Goswitz, were present in the apartment at the time of the search.  SA Nunez and I informed both Joseph Goswitz and Charles GOSWITZ that they were not under arrest and were not required to speak with law enforcement but could if they wanted to.  SA Nunez and I conducted interviews with Joseph Gozwitz and Charles GOSWITZ.  Joseph Goswitz stated the following:

     a.  Joseph stated that he has been living with his brother since around 2007 because he (Joseph) is on disability and he is depressed and bipolar.

     b.  Joseph stated that GOSWITZ works as a videographer for legal depositions and that his schedule varies, according to his appointments.  He stated GOSWITZ rarely works

Saturdays and stays at the residence when he is not working, in order to, take care of him (Joseph).  He stated that they watch a lot of television together.

c.   Joseph stated that GOSWITZ does not have a girlfriend and does not bring any women to the residence, except for a plutonic friend.  Joseph stated that they do not talk about their sex lives.

d.   I asked Joseph about the previous time that SA Nunez and I had come to the house to speak with GOSWITZ about an underage girl.  Joseph stated that GOSWITZ told him that it was about pictures of an underage girl that was missing but it was a misunderstanding and that he (GOSWITZ) was not involved.  SAs asked if Joseph knew if GOSWITZ was sexually interested in underage girls and Joseph stated that he did not know.

e.   I asked Joseph if he had ever heard of the website "Humaniplex.com." Joseph stated that he had heard of it and knew what it was.  SAs asked what he thought it was used for and Joseph stated that he thought that it was used to find dates with girls, specifically for prostitution.  He stated that he had first seen the website with GOSWITZ approximately two years prior.  SAs asked if he had ever created an account and Joseph said that he had never created an account.  SAs asked Joseph why his name and credit card were used to open the account on February 26, 2013, under the account name "Romeobigcock1".

Joseph stated that he did not create that account.  SAs asked if the email account markkeymarkk@yahoo.com (EMAIL ACCOUNT 4) was his email account and he said "no." Joseph then provided SA's with his personal email account.  SAs asked who could have opened this account using his name and debit card.  Joseph explained that he had given GOSWITZ his debit card to use for groceries, utilities, rent and other expenses because that account is where his disability checks were deposited.  He further explained that he is so depressed that he rarely leaves the house and that is why he gave GOSWITZ his debit card and pin number for him to use it directly.  SAs asked if Joseph had given authorization to GOSWITZ to use his debit card to open the account and Joseph stated no but that he did not mind because GOSWITZ does so much for him.  Joseph continued to state multiple times that he just feels bad because he thinks he is such a "burden" on GOSWITZ.

　　　　f.   SA's asked Joseph if he ever uses the computer in the living room of the residence and he stated that he did not use it.  SAs asked Joseph what GOSWITZ does on the computer and he stated that he thinks that he uses it for work to make invoices and use email etc.  SAs asked if he ever saw GOSWITZ looking at porn on that computer and he stated that he does not really pay attention but that he did not think so.  SAs asked what time both GOSWITZ and he wake up and go to bed and he

stated that he wakes up between 7-8am and that GOSWITZ gets up at different hours depending on his schedule but usually leaves around 7am for work. He also stated that they go to bed around the same time but does not know if GOSWITZ uses the computer when he is asleep.

g. SA's asked Joseph if he had ever heard the name "Baldy Cruiser." He stated that he had heard it before through GOSWITZ talking about it regarding to someone GOSWITZ knew online.

50. On June 20, 2013, SA Nunez and I conducted an interview with GOSWITZ after informing GOSWITZ that he was not under arrest and did not have to speak with law enforcement at that time. GOSWITZ understood and agreed to speak with SA Nunez and myself, stating the following:

a. GOSWITZ stated that he works 3-4 days a week as a videographer for legal depositions. He stated that when he is not at work he is at home hanging out with his brother, Joseph. He stated that when he is not at work he plays golf or watches television.

b. SA's asked GOSWITZ what all of his email accounts were and he stated that he had the following email accounts: goswitzvideo@yahoo.com; goswitzvideo@gmail.com; markkeymarkk@yahoo.com; and crgoswitz@yahoo.com. SAs asked if GOSWITZ had any other accounts that he had left out and he

spelled out the following email account:

bobbonmyjohnson@yahoo.com.   This list of email accounts given by

GOSWITZ excluded two additional emails, EMAIL ACCOUNT 2 and

EMAIL ACCOUNT 3, identified by law enforcement as belonging to

GOSWITZ.

      c.   SAs then brought up the last time that SA Nunez

and I visited GOSWITZ'S residence on April 10, 2013, when I

asked GOSWITZ if he had ever met B.T. and he stated "no."   I

reminded GOSWITZ that he had previously stated that he had found

pictures of B.T. online but had never met her.   GOSWITZ agreed

and confirmed that is what happened on April 10, 2013. SA's then

confronted GOSWITZ saying that they knew that he emailed nude

photographs of B.T. to her.[3]   At this point, GOSWITZ stated that

maybe he had met B.T. on the website Humaniplex.com. SA's again

confronted GOSWITZ stating that they had knowledge of his

activities with B.T. and he then stated that he, in fact, had

met up with B.T. for a date, on which he solicited her for

commercial sex acts.   GOSWITZ stated his profile on

Humaniplex.com was "Romeo_Big_Cock." He then stated that it was

on Humaniplex.com that he saved pictures of B.T. and used them

---

[3] GOSWITZ's April 10, 2013, false statement to the SAs to
the effect that he had never met B.T. and had obtained her
photographs online were relevant and material to the SAs
investigation because at the time that GOSWITZ was interviewed
the SAs believed B.T. was the victim of human trafficking and
were trying to find her, but did not know her whereabouts.

for the Backpage.com ad that he posted soliciting for sexual services.

     d.  GOSWITZ stated that he is on Humaniplex.com but only goes on "dates" once every 6 months and that he has had an account for approximately 2-3 years.  SAs asked how he paid for his Humaniplex.com account and GOSWITZ stated that he had paid for his account with his own personal credit card.  SAs then asked again if the card he used was, in fact, his card and GOSWITZ stated "yes." (SA's had already established through Humaniplex.com and the above stated interview with Joseph Goswitz, that the credit card used to obtain the Humaniplex.com account in question, was paid for with a card belonging to Joseph Goswitz, not GOSWITZ).

     e.  GOSWITZ stated that he uses Myredbook.com, Humaniplex.com, and Backpage.com to solicit for commercial sex acts. GOSWITZ stated that he found B.T. on Humaniplex.com last summer and sent her a "PM" (private message).  He stated that he never heard back but found her again sometime in January-February 2013 and set up a date with B.T.  GOSWITZ stated that they initially discussed the prices for time, services and a location to meet.  He stated that he remembered it was at a hotel near Los Angeles International Airport called the Extended Stay Suites and that it was near a Walmart in Torrance,

California.  He also stated that the room was at the very end of the hallway and was a "very nice room."

    f.   GOSWITZ then described his date with B.T., saying that he knocked on the door and she answered the door in "her bra and panties."  He the stated that he paid $120 for 30 minutes with her and that included oral and vaginal sex.  He stated that he asked her how old she was and he said she stated that she would turn 21 in June or July, based on his memory. GOSWITZ then stated that her ad on Humaniplex.com stated that she was 20.  He stated that he also remembered from her ad that it said that she wanted to prostitute because it was a personal choice and that he thought that that was "kind of cool."

    g.   GOSWITZ then described the conversation that he and B.T. had on their date. He stated that they talked about strip clubs and B.T. stated that she could not go to one because she was not 21 years old.  GOSWITZ stated that he offered to bring her to one after she turned 21.  He stated that he knew that a lot of girls in prostitution have pimps and so he was inquiring about hers. He said she began talking about her being in Las Vegas, Nevada and how all the guys in Las Vegas are pimps.  He said that she stated that she was "walking" in Las Vegas and all the pimps were "trying to get at her" or recruit her.  GOSWITZ stated that she said that she blew them off.

h.   GOSWITZ then said that he asked B.T. what high school she went to and she said she went to Downey High School. He then stated that "she seemed like the sweetest thing" and that "she was a sweetheart." SAs then asked about the pictures he emailed and he stated that he took photographs of their sexual contact on his Nikon camera and that they were on the computer in the living room. He further stated that he emailed them to B.T. via his bobbonmyjohnson@yahoo.com (EMAIL ACCOUNT-1) email account.

i.   SAs asked who the moniker "Baldy Cruiser" belonged to and GOSWITZ stated that he was Baldy Cruiser. He stated that it was his first "handle" (user or account name) on Humaniplex.com. He stated it was because he was bald and drove a PT Cruiser.

j.   SA's then asked GOSWITZ about the moniker Baldy Cruiser and the t-shirts that he had in his possession that read, "I Love (inserted heart symbol) Baldy Cruiser." GOSWITZ stated he is on forums online where he talks about escorts and prostitutes with other men. He stated that by having the girls, whom he paid for commercial sex acts, wear the t-shirts, he had proof that he was actually with them and that they had sex. GOSWITZ stated that one of the online forums he participates in is called "worldsexguide.com" and that his name is "Baldy Cruiser" on the forum. He stated that it is a forum that men

use to talk about the escorts and prostitutes they solicit in various cities.

k.  SAs asked if GOSWITZ had made contact with B.T. aka "Beautiful Ashlyn" (B.T.'s Humaniplex.com name) after HSI had spoken with him on April 10, 2013.  GOSWITZ stated that he did not make contact with her because her Humaniplex.com account had been deactivated.  He stated that he saw another girl that looked exactly like B.T. under an account called "Carmel Beauty."  He stated that he could not remember the exact screen name but he knew that "Carmel" was a part of the name and that he had found her approximately 3 weeks prior.  SAs asked if GOSWITZ had made contact with the female on Humaniplex.com that he believed to be B.T. and he stated that he had sent a PM to her but had not received a PM in return.  He stated that his PM to her said something along the lines of, "you look a lot like Beautiful Ashlyn."  He stated that he figured that she had run away from her father's house and started a new Humaniplex.com account.  SAs asked how he knew that B.T. was living with her father and he stated that he figured that she was because SAs had mentioned she was a missing juvenile and that her father was looking for her on April 10, 2013.

l.  SAs then asked GOSWITZ about his date with B.T. and he stated that, to him, she looked 25 years old because she had the body of a 25 year old and her hair was done up nice.  He

stated that he could tell that she was "new to the business" (meaning new to prostitution) because she was not as hardened as some of the girls and was so sweet. He stated that she (B.T.) asked him if he wanted to do a video and that he also brought a shirt for her to put on to take pictures in. SAs asked if GOSWITZ asked B.T. what her age was and he stated "yes" and that she said she was 20 years old.

m.   SAs then asked if GOSWITZ ever goes to the "track" to pick up dates with prostitutes and GOSWITZ stated "no." GOSWITZ continued to explain that it seems too dangerous to find dates with prostitutes that walk the track and so he prefers to find dates with prostitutes online.

n.   SAs asked GOSWITZ what email account was linked to his Humaniplex.com account and he stated that he thought that is was his markkeymarkk@yahoo.com account (EMAIL ACCOUNT-4).

o.   SAs asked GOSWITZ if they could view his Humaniplex.com account to see his PMs. GOSWITZ said "yea, sure" and gave SA Nunez access to his Humaniplex.com account. He stated that his account name was "Romeo_Big_Cock" and that his password was "098765." SAs then briefly viewed the PMs on GOSWITZ's account. It was observed, in the account settings, that GOSWITZ has a second email address link to his account. That email read as follows: taneeeesha@yahoo.com. SA Nunez then asked GOSWITZ if he could have his account and GOSWITZ said

"sure."  SA Nunez then changed the password to preserve the account for later review.

p.   SAs asked GOSWITZ if he would be willing to let HSI agents search his vehicle and storage unit in the parking garage and he said yes.  GOSWITZ then signed a CF 4602, Consent to Search, form so that HSI agents could search his vehicle and storage unit in the apartment buildings parking garage.  During this search, HSI agents located many t-shirts in GOSWITZ's storage units that read, "I love (inserted heart symbol) Baldy Cruiser."

51.   On July 17, 2013, I logged into the Humaniplex.com account, Romeo_Big_Cock, to view the PMs that GOSWITZ had in his account.  GOSWITZ had previously given consent to HSI agents to log into his account and take control of it on June 20, 2013. I observed that GOSWITZ had sent a PM to "Carmelbarbie7" on June 8, 2013, at approximately 10:00am. Carmelbarbie7 is believed to be the Humaniplex.com account that GOSWITZ referred to as a new account for minor human trafficking victim B.T.  The contents of the message read: "Rates? Menu? BBBJ? Thanks."  During the interview with GOSWITZ on June 20, 2013, about his communications with the female on Humaniplex.com that he believed to be minor B.T. using the alias Carmelbarbie7, he stated that he sent a PM saying she looked like "Beautiful Ashlyn."  However, the PM that I viewed did not state that, but

in fact, asked about the rates of her sexual services.  This PM came after HSI agents informed GOSWITZ that B.T. was a minor child.  Additionally, GOSWITZ stated that he is rarely online soliciting for prostitutes.  However, I viewed approximately 78 sent messages to various females on Humaniplex.com from approximately June 1, 2013 to June 19, 2013 indicating GOSWITZ was in fact actively online soliciting prostitutes.

52.  From June 25, 2013 through on or about January 7, 2014, I reviewed the data stored on the digital devices seized from the home of GOSWITZ at 17302 Yukon Avenue, Apartment 43, Torrance, CA on June 20, 2013, pursuant to a search warrant. While I was initially reviewing the data stored on the computer, external hard drive, and an SD card from a digital camera found in GOSWITZ's residence, I observed that many images that I knew to be emailed by GOSWITZ to victim B.T. were not contained on the recovered data from the digital devices.  I asked computer forensics SA Gordon Kwan to search for any deleted or "unallocated" data.  Once this procedure was completed, SA Kwan provided me with the unallocated or deleted data from the digital devices and I found a substantial amount of data in the form of pictures or images that I did not initially find in the allocated data.  The majority of the contents of the images or pictures were self-produced pornographic material of GOSWITZ engaging in sexual acts with various females.  Images of B.T.

were recovered in the deleted or unallocated images. Due to the substantial amount of data recovered, I applied for two search warrant extensions.

53.   On August 30, 2013, The Honorable Charles F. Eick, U.S. Magistrate Judge, Central District of California, signed the first search warrant extension for digital devices relating to the initial search warrant signed on June 12, 2013.

54.   On November 8, 2013, The Honorable Charles F. Eick, U.S. Magistrate Judge, Central District of California, signed the second search warrant extension for digital devices relating to the initial search warrant signed on June 12, 2013.

V

## CONCLUSION

55.   Based on the foregoing, including information obtained from search warrants, internet records, witness statements and statements made by GOSWITZ, there is probable cause to believe that CHARLES GOSWITZ has violated Title 18, United States Code, Sections 1591(d) (obstructing a human trafficking investigation) and 1001 (false statements).

/s/
_____
Nicole Johnson
Special Agent, HSI

Subscribed and sworn to before
me on April 7, 2015.

VICTOR B. KENTON
_____
HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE