FILED

2015 MAY -8 PM 4: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CHARLES GOSWITZ,

        Defendant.

CR No. 15-**C R 15 - 0251**

I N F O R M A T I O N

[18 U.S.C. § 1591(d): Obstructing
a Sex Trafficking Investigation]

The United States Attorney charges:

[18 U.S.C. § 1591(d)]

On or about April 10, 2013, in Los Angeles County, within the Central District of California, defendant CHARLES GOSWITZ ("GOSWITZ") knowingly obstructed, attempted to obstruct, and interfered with the enforcement of Title 18, United States Code, Section 1591, that is, an investigation into sex trafficking of children by force, threats of force, fraud, or coercion.  More specifically, defendant GOSWITZ told Homeland Security Investigations Special Agents that he had never met a potential juvenile sex trafficking victim the agents were

1  trying to locate, when in truth and fact, as defendant GOSWITZ well

2  knew, defendant GOSWITZ had met and engaged in commercial sex acts

3  with the potential victim.

4                                          STEPHANIE YONEKURA
                                           Acting United States Attorney

5

6

7                                          ROBERT E. DUGDALE
                                           Assistant United States Attorney
8                                          Chief, Criminal Division

9                                          LAWRENCE S. MIDDLETON
                                           Assistant United States Attorney
10                                         Chief, Public Corruption and Civil
                                              Rights Section

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28